OTWELL *v.* CALIFORNIA.

No. 44, Misc.   Decided March 13, 1967.

*Alf Stavig* for petitioner.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case remanded for further consideration in light of *Chapman v. California, ante,* p. 18.

MR. JUSTICE STEWART would grant certiorari and reverse the judgment for the reasons stated in his opinion concurring in the result in *Chapman v. California, ante,* at 42.